**Ronald SAMPSON,[1] Respondent Below, Appellant,**

v.

**DEPARTMENT OF SERVICES FOR CHILDREN YOUTH AND THEIR FAMILIES (DSCYF), Petitioner Below, Appellee.**

No. 175, 2017

Supreme Court of Delaware.

Submitted: August 25, 2017

Decided: October 25, 2017

Court Below—Family Court of the State of Delaware, File No. CN16–03366, Petition No. 16–15091

AFFIRMED.

**In the MATTER OF the Petition of Acay LAMPKINS FOR a WRIT OF MANDAMUS**

No. 396, 2017

Supreme Court of Delaware.

Submitted: October 23, 2017

Decided: October 25, 2017

DISMISSED.

**Richard O. PARKER, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 171, 2017

Supreme Court of Delaware.

Submitted: October 23, 2017

Decided: October 25, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID. 70018690DI (N.)

DISMISSED.

**James ST. LOUIS, Defendant Below–Appellant,**

v.

**STATE of Delaware, Plaintiff Below–Appellee.**

No. 407, 2017

Supreme Court of Delaware.

October 26, 2017

Court Below—Superior Court of the State of Delaware, Cr. ID 0009015005 (S)

DISMISSED.

---

1. The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).